NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Hon. Dennis M. Cavanaugh** |
| v. | **ORDER** |
| | Criminal Action No. 08-CR-0757 (DMC) |
| THOMAS TELFAIR a/k/a "Hassan Gatling" | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon a series of motions by Defendant Thomas Telfair ("Defendant") and the United States of America ("Government"); and after further reviewing all submissions; and for the reasons stated in its Opinion issued on this day;

IT IS on this  10th  day of December, 2008;

**ORDERED** that Defendant's motion to dismiss the second superseding indictment is hereby **denied**;

**ORDERED** that Defendant's motion to be released on bail is **denied**;

**ORDERED** that Defendant's motion to suppress statements made and evidence seized is **denied**;

**ORDERED** that Defendant's motion for production of Jencks Act material is **denied as moot**;

**ORDERED** that Defendant's motion for production of Rule 404(b) evidence is **granted**;

**ORDERED** that Defendant's motion for production of exculpatory and impeachment

materials is **granted in part, denied in part**;

**ORDERED** that Defendant's motion requesting that the Government preserve notes of government agents is **granted**;

**ORDERED** that Defendant's motion for a polygraph test is **granted in part, denied in part**;

**ORDERED** that Defendant's motion for a change of venue is **denied**; and

**ORDERED** that the Government's request for a hearing is **granted**.

                                         S/ Dennis M. Cavanaugh
                                         Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk
cc:           All Counsel of Record
              Hon. Mark Falk, U.S.M.J.
              File