NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **Hon. Dennis M. Cavanaugh** |
| | : | |
| | : | **ORDER** |
| v. | : | |
| | : | Criminal Action No. 08-CR-757 (DMC) |
| THOMAS TELFAIR | : | |
| a/k/a "Hassan Gatling" | : | |
| | : | |
| Defendant. | : | |
| | : | |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter comes before the Court upon motions by Defendant Thomas Telfair and cross-motion by the United States of America; and the Court having heard argument on these motions and in consideration of the written submissions;

IT IS on this  6th  day of January, 2009;

**ORDERED** that the Clerk of the Court shall refuse to accept any *pro se* motions from Defendant Thomas Telfair until the Court of Appeals for the Third Circuit has resolved Defendant Thomas Telfair's appeal field on November 19, 2008; and it is further

**ORDERED** that any motions that Defendant Thomas Telfair wishes to submit during the pendency of his appeal must be submitted through his Court appointed attorney and in accordance with the applicable rules.

 S/ Dennis M. Cavanaugh  
Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk  
cc: All Counsel of Record  
Hon. Mark Falk, U.S.M.J.  
File