NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Dennis M. Cavanaugh |
| v. | **ORDER** |
| THOMAS TELFAIR<br>a/k/a "Hassan Gatling" | Criminal Action No. 08-CR-757 (DMC) |
| Defendant. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motions by Defendant Thomas Telfair and cross-motion by the United States of America; and the Court having heard argument on these motions and in consideration of the written submissions;

**WHEREFORE** the Order for Discovery and Inspection issued on October 16, 2008 required that all pretrial motions be filed by November 10, 2008, or otherwise be deemed waived;

IT IS on this __27__ day of February, 2009;

**ORDERED** that neither party shall file any further motions in this case without the prior consent of the Court.

/s/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk
cc: All Counsel of Record
    Hon. Mark Falk, U.S.M.J.
    File