UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :   Hon. Dennis E. Cavanaugh

          v.                     :   Crim. No. 08-757 (DEC)

THOMAS TELFAIR                   :   <u>CONTINUANCE ORDER</u>

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Brian L. Urbano, Assistant U.S. Attorney), and defendant Thomas Telfair (by Michael N. Pedicini, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendants have consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this __31__ day of July, 2009,

IT IS ORDERED that defense motions shall be filed by July 24, 2009, the government's reply shall by filed by August 7, 2009, the defense surreply, if any, shall be filed by August 14, 2009, the argument of the motions is scheduled for August 21, 2009, and the trial is scheduled for September 8, 2009; and

IT IS FURTHER ORDERED that the period from July 24, 2009, through September 8, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. DENNIS E. CAVANAUGH
United States District Judge

Consented and Agreed to by:

Michael N. Pedicini, Esq.
Counsel for Defendant Thomas Telfair

Brian L. Urbano
Assistant United States Attorney