NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Dennis M. Cavanaugh |
| v. : | Criminal Action No. 08-CR-0757 (DMC) |
| THOMAS TELFAIR : | **ORDER** |
| a/k/a "Hassan Gatling" : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Defendant Thomas Telfair to renew and reconsider Defendant's motion to recuse and transfer venue; and after further reviewing all submissions;

IT IS on this 23 day of September, 2009;

**WHEREFORE** the Court finds Defendant's motion to recuse is unsupported by any objective facts probative of bias or impartiality pursuant to 28 U.S.C. § 144;

**WHEREFORE** the Court's December 10, 2008 opinion found Defendant's allegations of requiring transfer of venue to be without merit pursuant to Fed. R. Crim. P. 21(a);

**WHEREFORE** the Court finds Defendant's motion to reconsider untimely pursuant Local Civil Rule 7.1, incorporated by reference through Local Criminal Rule 1.1;

**ORDERED** that Defendant's motion to recuse is **denied**;

**ORDERED** that Defendant's motion to transfer venue is **denied**;

**ORDERED** that Defendant's motion to reconsider is **denied**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:         All Counsel of Record
            Hon. Mark Falk, U.S.M.J.
            File