UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 08-757 (DMC) |
| THOMAS TELFAIR | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Brian L. Urbano, Assistant U.S. Attorney), and defendant Thomas Telfair (by Michael N. Pedicini, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendants have consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ____4____ day of February, 2010,

IT IS ORDERED that defense motions shall be filed by February 5, 2010, the government's reply shall by filed by February 12, 2010, the argument of the motions is scheduled for February 12, 2010, and the trial is scheduled for February 16, 2010, and

IT IS FURTHER ORDERED that the period from February 1, 2010, through February 16, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. DENNIS E. CAVANAUGH
United States District Judge

Consented and Agreed to by:

_____
Michael N. Pedicini, Esq.
Counsel for Defendant Thomas Telfair

_____
Brian L. Urbano
Assistant United States Attorney