NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Hon. Dennis M. Cavanaugh** |
|  | : |  |
|  | : | **ORDER** |
| v. | : |  |
|  | : | Criminal Action No. 08-CR-0757 (DMC) |
|  | : |  |
| THOMAS TELFAIR | : |  |
| a/k/a "Hassan Gatling" | : |  |
|  | : |  |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court *sua sponte*. Based upon the proceedings previously

conducted before this Court;

IT IS on this __11__ day of March, 2010;

**ORDERED** the Clerk of the Court is directed not to accept any further *pro se* filings on

behalf of Defendant Thomas Telfair.

Dennis M. Cavanaugh, U.S.D.J.

Original:     Clerk
cc:           All Counsel of Record
              Hon. Mark Falk, U.S.M.J.
              File