## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Hon. Dennis M. Cavanaugh** |
|  | : |  |
|  | : | **ORDER** |
|  | : |  |
| v. | : | Criminal Action No. 08-CR-0757 (DMC) |
|  | : |  |
|  | : |  |
| THOMAS TELFAIR | : |  |
| a/k/a "Hassan Gatling" | : |  |
|  | : |  |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Thomas Telfair ("Defendant") to proceed as co-counsel pursuant to Fed. R. Crim. P. 44(a) and 28 U.S.C. § 1654, to obtain new counsel for purposes of the appeal, for judicial notice pursuant to Fed. R. Evid. 201[1] and for an order permitting Defendant to file future motions on Defendant's behalf. After reviewing all submissions and based upon the proceedings held before this Court;

IT IS on this 31st day of March, 2010;

**WHEREFORE** a jury trial pertaining to the above matter was concluded on February 19, 2010;

**WHEREFORE** a guilty verdict was entered against Defendant on February 19, 2010;

**WHEREFORE** Defendant's motion for new counsel on appeal is premature in that Defendant has not been sentenced;

**WHEREFORE** upon appeal,. Defendant is directed to make application to the Appellate Court for purposes of new counsel;

**ORDERED** Defendant's motions are **denied**.

S/Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:     Clerk
cc:              All Counsel of Record

---

[1] Defendant's motion for judgment of acquittal will be addressed separately.