# MICHAEL N. PEDICINI

## ATTORNEY AT LAW

60 WASHINGTON STREET
SUITE 100
MORRISTOWN, NEW JERSEY 07960

Phone: (973) 285-1555
Fax: (973) 984-0430

E-Mail Address:
michael.pedicini@verizon.net

June 21, 2010

(via e-mail)

Honorable Dennis M. Cavanaugh
United States District Judge
U.S. District Court, Room 451
U.S. P.O. and Courthouse
Newark, NJ 07101-0999

Re:   United States v. Thomas Telfair
      Cr. No. 08-757(DMC)

Dear Judge Cavanaugh:

In light of Mr. Telfair's latest filing it is clear that there now exists a conflict of interest. Accordingly, I have enclosed a proposed form of Order for the Court to sign relieving me as counsel to Mr. Telfair.

Thank you for your consideration.

Respectfully yours,

*s/Michael N. Pedicini*
Michael N. Pedicini

MNP/jmd

cc:   Brian Urbano, Esq. - AUSA (via e-mail)
      Tommie Telfair

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :

                             :

          v.                :

                             :

TOMMIE TELFAIR    :

CRIMINAL NO.  08-757 (DMC)

ORDER

THIS MATTER having been opened to the Court by Michael N. Pedicini, Esq., attorney for the Defendant, Tommie Telfair, in the presence of Brian Urbano, Esq., Assistant U.S. Attorney, and the Defendant, Tommie Telfair, for an Order relieving him as counsel to Tommie Telfair, and the Court having considered the matter and for good and sufficient cause shown;

IT IS on this  22ND  day of  JUNE  , 2010;

ORDERED that the motion of Michael N. Pedicini, Esq., is hereby relieved as counsel to defendant Tommie Telfair.

HON. DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE