NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| TOMMIE TELFAIR | : | Case No. 2:08-cr-0757 (DMC) |
| Defendant | : | |

DENNIS M. CAVANAUGH, U.S.D.J.

This matter comes before the Court on motion by Tommie Telfair ("Defendant") for the appointment of new counsel to replace his currently assigned counsel, or in the alternative, for an evidentiary hearing;

**WHEREFORE** Defendant has already had counsel appointed and/or replaced on at least three separate occasions (see Doc.. 7, 25, 79), most recently in January, 2011;

**WHEREFORE** Defendant's motion for a hearing to raise issues which should properly be raised on appeal after sentencing is premature;

IT is on this ___ day of August, 2011;

**ORDERED** that Defendant's motion is **denied.**

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         All Counsel of Record
            File