Tommie H. Telfair
Reg. No.: 28440-050
FCI Fort Dix
P.O. Box 2000
JBMDL, NJ 08640

DISTRICT OF NEW JERSEY
RECEIVED
2021 FEB 16 A 10:19

February 1st, 2021

OFFICE OF THE CLERK
United States District Court
Newark, NJ 07101-0419

RE: 2:08-cr-0757-KM

Dear Honorable Court,

On February 1st, 2021 I received the Court's letter dated 1-25-21 (i.e., Opinion & order) stating the Court "recently" filed an opinion and order denying serial motions by Tommie Telfair for compassionate release under 18 U.S.C.§ 3582(c)(1)(A), (DE 134).

At this juncture Mr. Telfair regret to inform the Court that he has [never] received the Court's original denial and without the Court's order and opinion with ALL the grounds for the Court's denial Mr. Telfair is unable to move the U.S. Third Circuit Court of Appeal in equity.

-1-

## CONCLUSION

Mr. Telfair request the Court's initial FULL opinion/order; and a reset on the Appeal timing.

Respectfully submitted,

_Tommie H. Telfair_
Tommie H. Telfair
In Propria Persona

Dated: February 1,st 2021

TRENTON NJ 085
9 FEB 2021 PM 6

Tommie H. Telair
Reg. No.: 28440-050
FCI Fort Dix
Unit: 5752
P.O. Box 2000
JBMDL, NJ 08640

CLERK OF THE COURT
United States District Court
Newark NJ 07101-0419

07101-041919