Via: U.S. First Class Mail

Tommie Telfair
Inmate Reg. No. 28440-050
Federal Correctional Institution
Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

January 26, 2021

=Honorable Kevin McNulty
United States District Judge
District of New Jersey
U.S. Post Office & Courthouse
Federal Square
Newark, NJ 07102

Re: United States v. Tommie Telfair
Case No.: CR 08-757

Dear Judge McNulty:

I am writing in Reply to the Government's response to ECF Nos. 118 and 119. The Government contends that the motions are frivolous and should, accordingly, be denied. However, the Government fails to interpret these filings liberally as is required when a litigant is proceeding pro se.

It is, admittedly, understandable that the Government would respond the way it has. I am not an attorney and my education in law is very limited. For lack of better phraseology and citation, I have pointed to several civil rules in an effort to compel the delivery of the discovery in the above referenced criminal case. At this point, I have tried everything conceivable and have no other avenues - that I can see - in order to secure the discovery file from either the United States or my previous defense lawyer.

I have been literally complaining about the lack of disclosure for some time now. Despite all of my requests, regardless of the form they have arrived in (i.e. "interrogatories"), I have not been given an opportunity to review the evidence the Government had allegedly amassed against me. Instead, I am simply told to believe that the evidence is there and that's enough.

There are many reasons why a criminal defendant would want to review the discovery and case file; not the least of which is to simply verify whether your attorney was frankly lying to you or not.

Thus, for lack of better terms, I filed those two motions over a year ago in an effort to secure a copy of the discovery in the above referenced case. That is all I am seeking and it should not require a judicial intervention to do it. But that is what both

my former attorney and the government seems to want. Were the government simply to send the discovery file over to me directly, I would have no other issue relevant to the filed motions.

I must apologize to the Court for my inability to utilize more precise phrasing and my lack of understanding regarding the rules of procedure in the federal courts. I realize the Court has been given a large plate to handle with this case, and I am thankful that the Court is taking the time to review everything. In the future, I will try to utilize an experienced writ-writer (as I am doing here) to communicate my requests to the Court. Because the prison environment is always changing, I cannot promise that I will always be able to access such experienced writ writers, but I will try.

I thank the Court for this indulgence.

Sincerely,

Tommie Telfair
Defendant Pro Se

cc: Joyce M. Malliet, Esq.
    Assistant United States Attorney
    District of New Jersey
    970 Broad Street
    7th Floor
    Newark, NJ 07102

Tommie Telfair
Inmate Reg. No. 28440-050
Federal Correctional Institution
Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED



U.S. POSTAGE PAID
FCM LETTER
RARITAN, NJ
08869
FEB 05, 21
AMOUNT
**$0.55**
R2304M113800-12

2021 FEB 23 A 10:19



50 wAlnut

XRAYED

Honorable Kevin McNulty
United States District Judge
c/o Clerk of the Court
District of New Jersey
U.S. Post Office & Courthouse
Federal Square
Newark, NJ 07102

07102-999955