Tommie H. Telfair
Reg. No. 28440-050
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

Dated: June 26, 2021

Clerk of the Court
Mitchell H. Cohen Courthouse
1 John F. Gerry Plazza
4th & Cooper Streets
Room 1050
Camden, NJ 08101-2797

RE: CHANGE OF ADDRESS/CHANGE OF VENUE
    CASE NO.: 08-cr-0757 (KM)

Dear Honorable Court:

Please accept this letter in lieu of a more formal submission notifying the Court of movant's change of address and change of venue. Movant has been recently reclassified for A Camp in PA. Also movant's case may be necessary for change of venue due to the change of address inter alia.

Going forward, my address will be:

Tommie H. Telfair
Reg. No. 28440-050
USP Canaan
Satellite Prison Camp
P.O. Box 200
Waymart, PA 18472

RECEIVED
JUN 2 8 2021
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Thank you,

Tommie H. Telfair

Tommie H. Telfair
Reg. No.: 28440-050

FCI Fort Dix
Unit: (5752)
P.O. Box 2000
JBMDL, NJ 08640

RECEIVED
JUN 28 2021
AT 8:30_____M
WILLIAM T. WALSH
CLERK

OFFICE OF THE CLERK
Mitchell H. Cohen Courthouse
1 John F. Gerry Plaza
4th & Cooper Streets
RM: 1050
Camden, NJ 08101-2797