Tommie H. Telfair (pro-se)
Reg. No.: 28440-050
USP Canaan
Satellite Camp
P.O. Box 200
Waymart, PA 18472

Office Of The Clerk
U.S. District Court
P.O. Box 2797
Camden, NJ 08101

OFFICE OF THE CLERK
U.S. Court Of Appeals
  Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

September 14, 2021

THIRD NOTICE OF APPEAL(S)
SEEKING TO CONSOLIDATE
AND/OR TO CROSS APEAL(S)

RECEIVED
SEP 20 2021
AT 8:30
WILLIAM T. WALSH —M
CLERK

RE: 20-cv-20342-RBK & AND  08-cr-0757-KM
            NOTICE OF APPEAL(S)

I am the movant (herein Appellant) (pro-se) in BOTH the above mentioned docket numbers, previously before the U.S. District Court for a [sec., 3582] motion(s) and the Petition for [Habeas Corpus] pursuant to: "sec., 1651," "sec., 2241," and "Audita Querela". On or about the FIRST week of September 2021, appellant received a letter from the Third Circuit Court of Appeals date August 17, 2021, where the Appellate Court did instruct the U.S. District Court to file a NOTICE OF APPEAL on behalf of the appellant under docket number(s) 08-cr-0757-KM. Appellant has NOT received any notification(s) that an Appeal has been file to-date.

-1-

Recently under docket number 08-cr-0757-KM, appellant moved to Appeal the July 28, 2021, denial of the [sec., 3582] motion(s). Currently and/or Simultaneously, appellant moves to consolidate and/or cross appeal(s) the U.S. District Court's decision rendered on September 3, 2021, to dismiss the Petition for "Habeas Corpus" under docket number 20-cv-20342-RBK where the U.S. District Court failed to properly exercise jurisdiction at all turns, forcing the Petitioner to remain unconstitutionally/unlawfully imprisoned due to the unlawfully/illegally procured judgment inter alia.

Petitioner seeks consolidation and/or cross appeal(s) so that the Third Circuit, with equity, may allocate it's resources more efficiently to satisfy Fundamental Fairness and Due Process principles, specifically in the Petitioner's moving pleadings as a indigent (pro-se) litigant.

Date: September 14, 2021.

Respectfully submitted,

By: *Tommie H. Telfair*
Tommie H. Telfair
In Propria Persona

-2-

Tommie H. LeBlair
Reg. No.: 28440-050
USP Canaan
Satellite Camp
P.O. Box 200
Waymart, PA 18472

LEHIGH VALLEY PA 180
16 SEP 2021 PM 3 L

RECEIVED
SEP 20 2021
AT 8:30 _____
WILLIAM T. WALSH
CLERK

OFFICE OF THE CLERK
U.S. District Court
P.O. Box 2797
Camden, NJ 08101

08101-279797

*LEGAL MAIL*